IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE RESTRAINT OF A CONDOMINIUM APARTMENT LOCATED AT 19900 E. COUNTRY CLUB DRIVE, UNIT 202, AVENTURA, FLORIDA, 33180 | 19-MC-011 (BAH) |

**NOTICE OF LIS PENDENS**

GRANTEES:   GUIDO ALBERTO NULE MARINO AND ADRIANA MANCINI POSADA

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE GRANTEES, ANY INTEREST IN THE REAL PROPERTY DESCRIBED BELOW.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Fla. Stat. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, of the following:

On January 25, 2019, pursuant to the provisions of 28 U.S.C. § 2467(d)(3), the United States District Court for the District of Columbia ordered the restraint of the real property known as 19900 E. Country Club Drive, Unit 202, Aventura, Florida, 33180, together with all structures, fixtures, attachments, appurtenances and improvements therein or thereon.

The above-described real property is subject to forfeiture under Colombian law in connection with forfeiture proceedings in that country. The United States District Court for the District of Columbia registered and enforced a Colombian restraining order pertaining to this property, giving it force and legal effect in the United States and authorizing the recordation of this notice of lis pendens.

Any and all persons and/or entities are placed on notice that the interests (if any) of Guido Alberto Nule Marino And Adriana Mancini Posada in the above-referenced property is involved in litigation in the Republic of Colombia and, by virtue of the above-captioned enforcement action, Miscellaneous Case No. 19-011, in the United States. An adverse judgment


could affect interests asserted by such persons or entities. This notice is filed for the purpose of asserting an interest of record in the above-referenced property, pending litigation.

Further information concerning this action may be obtained from the records of the Office of the Clerk, United States District Court for the District of Columbia, 333 Constitution Avenue NW, Room 1225, Washington, D.C. 20001.

Dated at Washington, District of Columbia, this 29 day of January, 2016.

                                DEBORAH CONNOR, CHIEF
                                MONEY LAUNDERING AND ASSET
                                RECOVERY SECTION

By: _____
       MICHAEL J. BURKE
       Senior Trial Attorney
       Daniel J. Olinghouse
       Trial Attorney
       U.S. Department of Justice
       Criminal Division
       Money Laundering and
       Asset Recovery Section
       1400 New York Avenue, NW, 9th Fl.
       Washington, D.C. 20530
       Telephone: (202) 307-0272
       Email: michael.burke@usdoj.gov

       Attorneys for Applicant
       UNITED STATES OF AMERICA